a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| AZAT GARAEV #A249-130-250,<br>Petitioner | CIVIL DOCKET NO. 1:25-CV-00640<br>SEC P |
| VERSUS | JUDGE EDWARDS |
| KRISTI NOEM ET AL,<br>Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 filed by pro se Petitioner Azat Garaev ("Garaev"). Garaev is an immigration detainee at River Correctional Center in Ferriday, Louisiana. He alleges that his continued detention is unlawful.

To determine whether the Court has jurisdiction and, if so, whether Garaev is entitled to relief, THE CLERK IS DIRECTED to serve a summons, a copy of the Petition (ECF No. 1), and a copy of this Order, by certified mail, on the United States through the United States Attorney for the Western District of Louisiana, the United States Attorney General, DHS/ICE through its Office of General Counsel, and the Warden of River Correctional Center.

IT IS ORDERED that Respondents answer the Petition within **60 days** following the date of service, addressing the issue of jurisdiction, the finality of Petitioner's removal order, whether there is a significant likelihood of removal in the reasonably foreseeable future, and whether Petitioner's detention is otherwise lawful.

1

IT IS FURTHER ORDERED that Petitioner shall have **30 days** following the filing of Respondents' answer to produce contradictory summary judgment evidence on the issue of the lawfulness of his detention.

After the record is complete and all delays have run, the Court will determine if genuine issues of material fact exist, which preclude summary judgment and necessitate an evidentiary hearing. If no hearing is necessary, a Report and Recommendation will be issued without further notice.

SIGNED on Friday, July 18, 2025.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE