# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **AZAT GARAEV A#249-130-250** | **CIVIL ACTION NO. 1:25-0640, SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **KRISTI NOEM,** *ET AL.* | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 20), noting the absence of objections, and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Motion to Dismiss (R. Doc. 17) is GRANTED, and the Petition for Writ of Habeas Corpus (R. Doc. 1) is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS ORDERED AND SIGNED in Chambers this 2nd day of January 2026.

_____
JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT